**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Donatelle Plastics Incorporated,

Plaintiff,

v.

Stonhard, Inc., n/k/a StonCor Group, Inc., a Delaware corporation,

Defendants.

Civ. File No. 01-1429 (RHK/JMM)

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

---

WHEREAS, the Court's current Scheduling Order requires the disclosure of the identity of experts as well as expert reports by January 31, 2002 as to issues on which that party bears the burden;

IT IS HEREBY AGREED, by counsel for the parties that the Scheduling Order be amended to provide as follows:

1. The identity of experts who will testify as to issues on which a party bears the burden of proof shall be disclosed no later than January 31, 2002.

2. Expert reports on which a party bears the burden of proof are due no later than February 28, 2002.

3. The identity of rebuttal experts shall be disclosed by March 15, 2002.

4. Rebuttal reports are due no later than April 1, 2002.

5. Responses to the rebuttal expert report are due no later than May 1, 2002.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: 1-15-02

BY ______________________

James M. Lockhart, I.D. No. 176746
Geraint D. Powell, I.D. No. 250594
Attorneys for Defendants
80 South 8th Street, Suite 1800
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

GRAY PLANT MOOTY MOOTY & BENNETT

Dated: 1-14-02

BY ______________________

William L. Killion, I.D. No. 55700
Bradley R. Johnson, I.D. No. 283009
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3792
(612) 343-2800
(612) 333-0066

Doc. #: 123496

# ORDER

Based on the above stipulation of counsel, the Scheduling Order in this case is amended as follows:

1. The identity of experts who will testify as to issues on which a party bears the burden of proof shall be disclosed no later than January 31, 2002.

2. Expert reports on which a party bears the burden of proof are due no later than February 28, 2002.

3. The identity of rebuttal experts shall be disclosed by March 15, 2002.

4. Rebuttal reports are due no later than April 1, 2002.

5. Responses to the rebuttal expert report are due no later than May 1, 2002.

~~LET JUDGMENT BE ENTERED ACCORDINGLY.~~

Dated: 1/17/02

John M. Mason
United States Magistrate Judge

Doc. #: 123496