UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Donatelle Plastics Incorporated,

Plaintiff,

v.

Stonhard, Inc., n/k/a StonCor Group, Inc., a Delaware corporation,

Defendant.

Civ. File No. 01-1429 (RHK/JMM)

**STIPULATION AND Final ORDER TO AMEND SCHEDULING ORDER**

---

WHEREAS, the current Scheduling Order requires the disclosure of expert reports by March 1, 2002;

WHEREAS, Defendant's expert is scheduled to conduct tests at Plaintiff's facility commencing Sunday February 24, 2002 and concluding on March 4, 2002;

WHEREAS, Defendant and Plaintiff have acted diligently and cooperatively during the month of February to schedule these tests;

IT IS HEREBY AGREED, by counsel for the parties that the Scheduling Order be amended to provide as follows:

1. Expert reports on which a party bears the burden of proof are due no later than March 15, 2002.

2. The identity of rebuttal experts and rebuttal reports are due no later than April 1, 2002.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: 2/22/02

BY ______________________

James M. Lockhart, I.D. No. 176746
Geraint D. Powell, I.D. No. 250594
Attorneys for Defendants
80 South 8th Street, Suite 1800
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

FEB 28 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/26/02

GRAY PLANT MOOTY MOOTY & BENNETT

BY ______________________

William L. Killion, I.D. No. 55700
Brian McMahon, I.D. No. 295863
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3792
(612) 343-2800
(612) 333-0066

**ORDER**

Based on the above stipulation of counsel, the Scheduling Order in this case is amended as follows:

1. Expert reports on which a party bears the burden of proof are due no later than March 15, 2002.

2. The identity of rebuttal experts and rebuttal reports are due no later than April 1, 2002.

BY THE COURT:

Dated: 2/27/02

______________________
John M. Mason
United States Magistrate Judge

Doc. #: 129027