Cv 01-1429 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **October 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: May 20, 2002.

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | United States of America<br><br>vs CV 01-1121 RHK/SRN<br>COURT<br><br>Mayo Foundation For Medical Education and Research et al | Roylene Champeaus<br>612-664-5600<br>Gerald Leedom<br>202-514-6544<br><br>John Windhorst Jr.<br>612-340-2600 |
| 2. | Wanda J. Snow<br><br>vs CV 01-1231 RHK/SRN<br>COURT<br><br>Metropolitan Life Insurance Company | Robert Mannella<br>Brad Kolling<br>763-421-5151<br><br>Gregory Deckert<br>Jennifer Vold<br>612-333-3000 |
| 3. | Donatelle Plastics Inc.<br><br>vs CV 01-1429 RHK/JMM<br>JURY<br><br>Stonhard Inc.<br>aka<br>StonCor Group Inc. | William Killion<br>Bradley Johnson<br>Brian MCMahon<br>612-339-8131<br><br>James Lockhart<br>Gerald Powell<br>612-339-8131 |

| | | |
|---|---|---|
| **4.** | **Kristie S. Edinger**<br>**et al** | **James Kaster**<br>**Steven Smith**<br>**612-338-1919** |
| | **vs CV 01-1479 RHK/SRN**<br>**JURY** | |
| | **Pragmatek Consulting Group**<br>**LTD** | **Ansis Viksnins**<br>**Nancy Flury**<br>**612-371-3211** |
| **5.** | **The Work Connection** | **Gerald Duffy**<br>**612-339-7131** |
| | **vs CV 01-1670 RHK/JMM**<br>**JURY** | |
| | **SAFECO Insurance Company**<br><br>**et al** | **Lawrence Rocheford**<br>**Stephen Buterin**<br>**651-290-6500**<br><br>**Jon Hopeman**<br>**Eric Riensche**<br>**612-339-6321** |
| **6.** | **Capitol Indemnity Corporation**<br><br>**P.L. (Intervenor)** | **Joseph Nilan**<br>**Craighton Boates**<br>**612-338-0755**<br>**Erik Askegaard**<br>**218-828-4223** |
| | **vs CV 01-2425 RHK/JMM**<br>**COURT** | |
| | **Especially For Children Inc.** | **Jeanne Unger**<br>**612-340-7951** |