UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donatelle Plastics Incorporated,

Plaintiff,

Civil 01-1429 (RHK/AJB)

vs.

**ORDER**

Stonhard, Inc., n/k/a StonCor Group, Inc., a Delaware corporation,

Defendant.

---

This matter is before the Court on Stonhard, Inc.'s Motion for Leave to Exceed the Page Limits Specified by L.R. 7.1(c). Based on the record before the Court, it is ordered that:

1. Stonhard, Inc. is granted leave to file a 36 page memorandum of law in support of summary judgment and a reply brief of no more than 5 pages.

2. Plaintiff is granted leave to file a 41 page memorandum of law in opposition to the summary judgment motion.

Dated: June 24, 2002

RICHARD H. KYLE
United States District Judge

JUN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK