**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Donatelle Plastics, Inc.,

Plaintiff,

Civ. No. 01-1429 (RHK/AJB)

v.

**ORDER**

Stonhard, Inc., n/k/a StonCor Group, Inc.,

Defendant.

---

Before the Court is Plaintiff Donatelle Plastics, Inc.'s September 9, 2002, letter requesting leave to file a motion for reconsideration pursuant to Local Rule 7.1(g). That letter is attached hereto as Exhibit A. Also before the Court is Defendant StonCor Group, Inc.'s September 13 response to the letter request. That letter is attached hereto as Exhibit B. The Court has reviewed the parties' submissions and concludes that there are not "compelling circumstances" requiring a reconsideration of the Court's ruling that Griebel v. Anderson, 489 N.W.2d 521 (Minn. 1992) compels the conclusion that Counts Two through Twelve of Donatelle's Complaint are barred by the statute of limitations set forth in Minn. Stat. § 541.051. Accordingly, the request for leave to file a motion for reconsideration is hereby **DENIED**.

Dated: September 16, 2002

RICHARD H. KYLE
United States District Judge

FILED SEP 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK