UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donatelle Plastics Inc.,

Plaintiff,

vs

CV 01-1429 RHK/AJB

Stonhard, Inc.,
aka StonCor Group, Inc.

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 30, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

SEP 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK